1   PENELOPE A. PREOVOLOS (CA SBN 87607)
    LORI A. SCHECHTER (CA SBN 139728)
2   ROGER E. COLLANTON (CA SBN 178831)
    MORRISON & FOERSTER LLP
3   425 Market Street
    San Francisco, California  94105-2482
4   Telephone: 415.268.7000
    Facsimile: 415.268.7522
5
    Attorneys for Defendant
6   PALM, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION
                                              *E-FILED - 12/9/05*
11

12  MARIO PALZA, CHARLES BOULAIS and        Case No.    05-CV-04408 RMW
    NISSA GAY on Behalf of Themselves and for
13  the Benefit of All with the Common or General   **STIPULATION AND [**
    Interest, Any Persons Injured, and All Others   **ORDER PERMITTING**
14  Similarly Situated,                      **WITHDRAWAL AND**
                                             **SUBSTITUTION OF COUNSEL**
15                    Plaintiff,

16        v.

17  PALM, INC. a.k.a. PALMONE, INC.,

18                    Defendant.

19

20

21

22

23

24

25

26

27

28

1    It is hereby stipulated that the law firm of Heller Ehrman LLP, 333 Bush Street, San Francisco,

2  California 94104, shall withdraw as counsel of record for Defendant Palm, Inc. in this matter and that

3  the law firm of Morrison & Foerster LLP, whose address is:

4       425 Market Street
        San Francisco, California  94105-2482
5       Telephone: 415.268.7000
        Facsimile: 415.268.7522
6

7  is hereby substituted as counsel of record in the above action.  Notice of this substitution has been

8  given to Plaintiff as shown in the attached Certificate of Service.

9  Dated: November 14, 2005          MORRISON & FOERSTER LLP

10

11                                   By:   /s/ Roger E. Collanton
                                           Roger E. Collanton
12

13
   Dated: November 14, 2005          HELLER EHRMAN LLP
14

15
                                     By:   /s/ Peter S. Hecker
16                                         Peter S. Hecker

17

18     Defendant Palm, Inc. hereby consents to the above substitution of counsel.

19  Dated: November 14, 2005

20
                                     By:   /s/ Robert H. Booth
21                                         Robert H. Booth
                                           Associate General Counsel
22                                         Palm, Inc.

23                                     **ORDER**

24  **IT IS SO ORDERED**

25

26  Dated: December   9  , 2005             /s/ Ronald M. Whyte
                                          The Honorable Ronald M. Whyte
27                                        UNITED STATES DISTRICT JUDGE

28

CASE NO. 05-CV-4408    1
STIPULATION AND  ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL
wc-112482